

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2022

No. 04-22-00629-CR

**EX PARTE** Luis Alexis **GONZALES-MORALES**,

From the County Court, Webb County, Texas
Trial Court No. 2022CRB000722L1
Honorable Leticia Martinez, Judge Presiding

# O R D E R

The reporter's record was originally due October 10, 2022, but was not filed.  On October 12, 2022, the court reporter filed a notification of late record, requesting an extension until October 28, 2022 to file the record.  After consideration, we **GRANT** the request and **ORDER** the court reporter to file the record by **October 28, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court